## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BLONDELL SIMMONS,** | : | |
| **Plaintiff** | : | |
| | : | **CIVIL ACTION NO. 3:13-0254** |
| **v.** | : | |
| | | **(JUDGE MANNION)** |
| **JEFFREY A. BEARD, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW, THIS 16th DAY OF MAY, 2013**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1.  Plaintiff's motions to proceed *in forma pauperis* (Doc. Nos. 2 and 12) are **GRANTED** only for the purpose of filing the complaint.

2.  The complaint is **DISMISSED,** as frivolous, pursuant to 28 U.S.C. §1915(e)(2)(B)(I).

3.  Plaintiff's motion for appointment of counsel (Doc. No. 4) is **DISMISSED** as moot.

4   The Clerk of Court is directed to **CLOSE** this case.

5.  Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-0254-01-ORDER.wpd