# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLONDELL SIMMONS,** : | |
| Plaintiff : | **CIVIL ACTION NO. 3:13-0254** |
| v. : | **(JUDGE MANNION)** |
| **JEFFREY A. BEARD, <u>et al</u>.,** : | |
| Defendants : | |

## ORDER

In light of the Memorandum entered this date in the above captioned case, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for reconsideration of the Court's May 16, 2013, Memorandum and Order dismissing the complaint as frivolous, (Doc. No. 22), is **DENIED**.

2. Plaintiff's motion to appoint counsel, (Doc. No. 25), is **DISMISSED** as moot.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: November 12, 2013

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-0254-02-ORDER-wpd